# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00448-CV

**Appellant, Vernon Baker Homes//Cross-Appellants, Laura Pressley and Leif Allred**

**v.**

**Appellees, Laura Pressley and Leif Allred//Cross-Appellee, Vernon Baker Homes**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN100546, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed an agreed motion signed by all counsel asking this Court to dismiss the appeal. *See* Tex. R. App. P. 42(a)(1). We grant the motion and dismiss the appeal.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Joint Motion

Filed: December 14, 2005